FILED BY ___ D.C.
05 MAY 20 AM 9: 52
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CHARLES E. DAVIS,

Plaintiff,

VS. NO. 05-2101-Ma/P

THE C.P. HALL COMPANY,

Defendant.

ORDER OF DISMISSAL

The parties have submitted a "Stipulation of Dismissal" in this matter indicating that this matter may be dismissed with prejudice. It is therefore ORDERED that this case is DISMISSED with prejudice, each party to bear its own costs, including attorneys' fees.

Entered this 19th day of May, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-1-05

7

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02101 was distributed by fax, mail, or direct printing on June 1, 2005 to the parties listed.

David M. Rudolph
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

James R. Becker
CRONE & MASON, PLC
5100 Poplar Ave.
Ste. 3200
Memphis, TN 38137

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT